IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.  3:08cr84/LAC

VENU KUNDARAPU

_____

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of the Defendant, VENU KUNDARAPU, to Count I of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 2nd day of October 2008.


s/L. A. Collier_____
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**